THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JORGE MEJIAS,<br><br>    Defendant. | :<br>:<br>:<br>:   Criminal Action No. 08-*125-M*<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edward J. McAndrew, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the Defendant, Jorge Mejias, pursuant to a criminal complaint filed against him on July 24, 2008.

                                COLM F. CONNOLLY
                                United States Attorney

            BY:      _____
                                Edward J. McAndrew
                                Assistant United States Attorney

Dated:  July 24, 2008

**AND NOW**, this ___*24*___ day of ___*July*___, 2008, based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Jorge Mejias.

                                         _____
                                         HONORABLE MARY PAT THYGNE
                                         United States Magistrate Judge