## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,          )
                                   )
      v.                           )  Criminal Action No. 08- *125-m*
                                   )
JORGE MEJIAS,                      )
                                   )
            Defendant.          )

## MOTION FOR DETENTION HEARING

      **NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f).  In support of the motion, the United States alleges the following:

      1. **Eligibility of Case**.  This case is eligible for a  detention order because case involves (**check all that apply**):

        \_\_\_\_    Crime of violence (18 U.S.C. § 3156)

        \_\_\_\_    Maximum sentence life imprisonment or death

        \_\_\_\_    10+ year drug offense

        \_\_\_\_    Felony, with two prior convictions in above categories

        \_\_\_\_    Minor victim

        \_\_\_\_    Possession/ use of firearm, destructive device or other dangerous weapon

        \_\_\_\_    Failure to register under 18 U.S.C. § 2250

        __X__    Serious risk defendant will flee

        \_\_\_\_    Serious risk obstruction of justice

      2. **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

        __X__    Defendant's appearance as required

        \_\_\_\_    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

_____ At first appearance

__X__ After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

1. At the time the offense was committed the defendant was:

_____ (a) on release pending trial for a felony;

_____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

_____ (c) on probation or parole for an offense.

_____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

_____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____ _____ _____

_____ _____ _____

DATED this 24[th]_____ day of _July_____, 2008.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

BY: _____
        Edward J. McAndrew
        Assistant United States Attorney