UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JORGE MEJIAS,

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: **08-125-M**

I, **JORGE MEJIAS**, charged in a complaint pending in this District with **ILLEGAL RE-ENTRY INTO THE UNITED STATES AFTER HAVING DEPORTED FOR A CONVICTION OF AN AGGRIVATED FELONY**, in violation of Title **8**, U.S.C., **1324(a)(b)(2)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_/s/ Jorge Mejias_
Defendant

_/s/ Luis A. Ortiz_
Counsel for Defendant

DATED: JULY 28th, 2008