**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08- 127 |
| ) | |
| JORGE MEJIAS, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about July 23, 2008, in the State and District of Delaware, the defendant, JORGE MEJIAS, an alien and citizen of the Dominican Republic, was found in the United States after having been deported therefrom on or about July 11, 2007, at or near York, Pennsylvania, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) 1326(b)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Edward J. McAndrew
Assistant United States Attorney

Dated: August 14, 2008