UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>    v.<br><br>JORGE MEJIAS<br>        Defendant | )<br>)<br>)<br>)  Cr. No. CR08-127-GMS<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This **28th** day of **August**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **September 12, 2008**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

                                              _/s/ Mary Pat Thynge_
                                              Mary Pat Thynge
                                              UNITED STATES MAGISTRATE JUDGE

cc: Defense Counsel
     United States Attorney

```
F I L E D

AUG 2 8 2008

U.S DISTRICT COURT
DISTRICT OF DELAWARE
```